Juan. Acometimiento y agresión con circunstancias agravantes. Junio 26, 1928.

No. 3597.—PUEBLO, apldo., *v.* ROMERO, aplte.—C. D. San Juan. Infracción artículo 287 del Código Penal. Junio 26, 1928.

No. 3590.—PUEBLO, apldo, *v.* PERALES, aplte.—C. D. San Juan. Hurto de uso. Junio 26, 1928.

No. 3594.—PUEBLO, apldo., *v.* MORALES, aplte.—C. D. San Juan. Falsificación. Junio 26, 1928.

No. 3592.—PUEBLO, apldo., *v.* PACHECO, aplte.—C. D. San Juan. Homicidio. Junio 26, 1928.

No. 3591.—PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. San Juan. Acometimiento y agresión con circunstancias agravantes. Junio 26, 1928.

No. 3589.—PUEBLO, apldo., *v.* RODRÍGUEZ, aplte.—C. D. San Juan. Infracción Ley de Automóviles. Junio 26, 1928.

No. 3585.—PUEBLO, apldo., *v.* LÁTIMER, aplte.—C. D. San Juan. Alterar la paz. Junio 26, 1928.

No. 3554.—PUEBLO, apldo., *v.* SOTO, aplte.—C. D. Mayagüez. Homicidio voluntario. Junio 26, 1928.

No. 3581.—PUEBLO, apldo., *v.* MARTÍNEZ, aplte.—C. D. San Juan. Contra natura. Junio 27, 1928.

No. 3550.—PUEBLO, apldo., *v.* SÁNCHEZ, aplte.—C. D. Mayagüez. Escalamiento. Junio 27, 1928.

No. 3529.—PUEBLO, apldo., v. RAMÍREZ, aplte.—C. D. Mayagüez. Homicidio. Junio 27, 1928.

No. 3527.—PUEBLO, apldo., *v.* VEGA, aplte.—C. D. Aguadilla. Asesinato. Junio 27, 1928.

No. 3600.—PUEBLO, apldo., *v.* SEGUÍ, aplte.—Portar armas. Junio 28, 1928.

No. 3601.—PUEBLO, apldo., *v.* ROSA y LÓPEZ DE HARO (*a*) LOPERENA, apltes.—C. D. Arecibo. Infracción Ley Prohibición. Junio 28, 1928.

No. 3602.—PUEBLO, apldo., *v.* REYES, aplte.—C. D. San Juan. Acometimiento y agresión. Junio 28, 1928.

No. 3598.—PUEBLO, apldo., *v.* CALDERÓN, aplte.—C. D. San Juan. Adulteración de leche. Junio 28, 1928.